WILLIAMSON, FRIEDBERG & JONES, LLC
By: James E. Crossen, III, Esquire
Attorney I.D. #70578
Ten Westwood Road
Pottsville, PA 17901
(570) 622-5933; jcrossen@wfjlaw.net          ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRAD A. JONES, | : | No. 19-2223 |
| Plaintiff | : | |
| | : | |
| vs. | : | CIVIL ACTION - LAW |
| | : | JURY TRIAL DEMANDED |
| WILLIAM R. HUNT, INTERSTATE | : | |
| CARRIER XPRS FRHT and | : | |
| GULLY TRUCK LEASING, | : | Assigned to: |
| Defendants | : | |

FILED
MAY 22 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## COMPLAINT

The plaintiff, Brad A. Jones, by and through his attorneys, Williamson, Friedberg & Jones, LLC, demands damages of the defendants upon causes of action whereof the following is a statement.

### JURISDICTION AND VENUE

1. The Court has jurisdiction over the plaintiff's claims pursuant to 28 U.S.C. Section 1332, since the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different states as set forth below.

### PARTIES TO THE ACTION

2. Plaintiff, Brad A. Jones, is an adult individual residing at 54 Mountain Road, Catawissa, Columbia County, Pennsylvania 17820.

3. Defendant, William R. Hunt, is an adult individual, citizen of the State of New Jersey, and resides at 2 Nottingham Way, Mount Holly, Burlington County, New Jersey 08060.

4. It is believed and therefore averred that defendant, Interstate Carrier XPRS FRHT, is an Illinois corporation with an address of 3820 Wisman Lane, Quincy, Adams County, Illinois 62305.

5. It is believed and therefore averred that defendant, Gully Truck Leasing, is an Illinois corporation with an address of 3820 Wisman Lane, Quincy Adams County, Illinois 62305.

## FACTUAL BACKGROUND

6. At all times material hereto, defendant, William R. Hunt, was an agent, servant, workman and/or employee of defendants, Interstate Carrier XPRS FRHT and Gully Truck Leasing, and acted within the scope of his agency and employment and within the authority granted to him.

7. On March 2, 2018 at 12:30 p.m., plaintiff, Brad A. Jones, was operating a 2006 Chevrolet Cobalt motor vehicle owned by plaintiff's father, Kenneth W. Jones, in a southerly direction in the right travel lane of the Pennsylvania Turnpike (I-476) in Lower Macungie Township, Lehigh County, Pennsylvania.

8. On March 2, 2018 at 12:30 p.m., defendant, William R. Hunt, was operating a 2007 Freightliner FLD tractor trailer vehicle owned by defendants, Interstate Carrier XPRS FRHT and Gully Truck Leasing, in a southerly direction in the left passing lane on the Pennsylvania Turnpike (I-476) in Lower Macungie Township, Lehigh County, Pennsylvania.

9. At the aforesaid time and place, the driver's side of plaintiff's vehicle was violently struck by the tractor trailer being operated by defendant, William R. Hunt, which caused plaintiff's vehicle to spin 90 degrees after which it was pushed along the turnpike for a distance before striking the concrete median.

10. The collision caused plaintiff, Brad A. Jones, to sustain serious and permanent injuries and damages which are more particularly described hereinafter.

11. The aforesaid accident was caused by the negligence, carelessness and recklessness of defendant, William R. Hunt, which consisted of the following:

    a) In violently colliding with the motor vehicle being operated by plaintiff, Brad A. Jones;

    b) In attempting to travel from the passing lane to the travel lane of the roadway when it was not safe to do so;

    c) In failing to observe the plaintiff's vehicle which was in plain sight in the travel lane of the roadway;

    d) In failing to yield the right of way to plaintiff, Brad A. Jones;

    e) In failing to pay attention to other motor vehicles on the roadway, including the vehicle driven by plaintiff, Brad A. Jones, and

    f) In sideswiping the driver's side of plaintiff's vehicle.

12. As a result of the negligence, carelessness and recklessness of defendant, William R. Hunt, plaintiff, Brad A. Jones, suffered severe personal injuries, some or all of which may be permanent in nature, a disc herniation at C3-4, disc bulges at C4-5, C5-6 and C6-7, whiplash, bilateral shoulder pain, left upper quadrant pain, median entrapment neuropathy of both wrists, aggravation of pre-existing low back pain, right leg cramps, headaches, exacerbation of anxiety, bilateral occipital neuralgia, and discomfort and shock to his nerves and nervous system with related pain and suffering, all of which required extensive medical treatment and rehabilitation.

13. As a direct and proximate result of the negligence, carelessness and recklessness of defendant, William R. Hunt, plaintiff, Brad A. Jones, has been unable to attend to his usual

daily activities, enjoyments of life, society, family and recreation, and will be so deprived in the future, a claim for which is herein is made.

14. As a direct and proximate result of the negligence, carelessness and recklessness of defendant, William R. Hunt, plaintiff, Brad A. Jones, has been caused to undergo medical treatment and has been obligated and may be obligated in the future to expend various sums of money or to incur various expenses for medical treatment.

15. As a direct and proximate result of the negligence, carelessness and recklessness of defendant, William R. Hunt, plaintiff, Brad A. Jones, has sustained a loss of earnings and a loss of earning capacity, a claim for which is being made.

16. Defendants, Interstate Carrier XPRS FRHT and Gully Truck Leasing, are liable for the damages caused by its agent, servant, workman and employee, William R. Hunt, under the doctrine of respondeat superior.

**WHEREFORE**, plaintiff, Brad A. Jones, demands judgment against defendants in an amount in excess of $75,000 plus interest and costs of suit.

Respectfully submitted,

WILLIAMSON, FRIEDBERG & JONES, LLC

By: _____
JAMES E. CROSSEN, III, ESQUIRE
Attorney ID 70578
Ten Westwood Road
Pottsville, PA 17901
570.622.5933
Attorneys for Plaintiff

4